# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDYL WELCH,<br><br>        Petitioner,<br><br>    v.<br><br>JERRY BROWN,<br><br>        Respondent. | Case No. 1:16-cv-01659-SAB-HC<br><br>ORDER GRANTING PETITIONER'S REQUEST TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 3) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 27, 2016, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Northern District of California. (ECF No. 1). Petitioner also filed a request to proceed *in forma pauperis* the same day. (ECF No. 3). On October 28, 2016, the action was transferred to this Court. (ECF No. 7).

The determination of applications to proceed *in forma pauperis* is governed by 28 U.S.C. § 1915. In order to proceed in court without prepayment of the filing fee, Petitioner must submit an affidavit demonstrating that he "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Although there is no set formula to determine whether a certain income level meets the poverty threshold under § 1915(a)(1), courts have looked to the federal poverty guidelines developed each year by the Department of Health and Human Services. See Lint v.

1

City of Boise, Civil Action No. 09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009); Johnson v. Leohane, Civil Action No. 08-00432-ACK-KSC, 2008 WL 4527065, at *1 (D. Haw. Oct. 9, 2008); Johnson v. Spellings, 579 F.Supp.2d 188, 191 (D.D.C. 2008).

The Court has evaluated whether Petitioner meets the standard to proceed *in forma pauperis* according to 28 U.S.C. § 1915. Based upon the information in his application to proceed *in forma pauperis*, the Court finds that Petitioner is indigent and unable to pay the filing fee. Accordingly, Petitioner's request to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:   **November 3, 2016**

UNITED STATES MAGISTRATE JUDGE